US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUN 16 2021
By JAMIE GIANI, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURTS
~~EASTERN DISTRICT OF TEXAS~~ western Dist of ArKansas
____________________ DIVISION

Brian R stassers

Name of Plaintiff(s)

Case Number: ________________

vs

Tyson foods

Name of Defendant(s)

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2.. Plaintiff, Brian R stassers (name of plaintiff), is a citizen of the United States and resides at 204 W. clark st (street address), Nashville (city), Howard (county), Ar (state), 71852 (zip), 870-784-0952 (telephone)

3.. Defendant, Tyson Foods, resides at, or its business is
(name of defendant)

located at ______________________, ______________,
(street address) (city)

______________, ______________, ______________, ______________.
(county) (state) (zip) (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at ______________________, ______________,
(street address) (city)

______________, ______________, ______________.
(county) (state) (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about 10-20-20.
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about ______________.
(month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on 3-12-21.
(month day, year)

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex, (4) _____ national origin, defendant: Disability

a. _____ failed to employ plaintiff.

b. ✓ terminated plaintiff's employment.

c. _____ failed to promote plaintiff.

d. _____ Other ______________________________________________

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

I was terminated while on medical leave. The third party company Unum that handles leaves and absences took me off on July 1 2020 and said I could not return to work until I had a kidney transplant I was terminated on oct 20th 2020 The Employer (Tyson) said I took an Extended leave. Before the third party company could send more paperwork they terminated me. Then said I would not be reinstated because I was running a business. I did not recieve a business license until Nov. 3rd 2020

10. The acts set forth in paragraph 9 of this complaint:

a. ______ are still being committed by defendant.

b. ______ are no longer being committed by defendant.

c. ______ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

a. ______ Defendant be directed to employ plaintiff.

b. ______ Defendant be directed to re-employ plaintiff.

c. ______ Defendant be directed to promote plaintiff.

d. __X__ Defendant be directed to __compensate__ and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

[signature]

(Signature of Plaintiff)

EEOC Form 161 (11/2020)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Brian R. Staggers**
**204 W Clark Street**
**Nashville, AR 71852**

From: **Little Rock Area Office**
**820 Louisiana**
**Suite 200**
**Little Rock, AR 72201**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **493-2021-00413** | **Lynda F. Fier, Enforcement Supervisor** | **(501) 324-5468** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**William A. Cash, Jr.,**
**Area Office Director**

3/16/2021
*(Date Issued)*

Enclosures(s)

cc: **Olivia Mcclellan**
**Senior EEO Specialist**
**TYSON**
**2200 W Don Tyson Pkwy**
**Springdale, AR 72762**