# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

**BRIAN R. STAGGERS**                                                                             **PLAINTIFF**

vs.                        **Civil No. 4:21-cv-04041**

**TYSON FOODS**                                                                       **DEFENDANT**

## ORDER

Plaintiff has submitted a Complaint for filing, together with Motion for Leave to Proceed *in forma pauperis (*IFP*)*. ECF Nos. 1 and 2. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Susan O. Hickey referred this Motion to the undersigned for decision.

The Court has reviewed the IFP application and finds that Plaintiff has annual take home income of $27,560.00, plus an unknown amount of business income. Accordingly, the Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 2) is **DENIED**. Plaintiff is directed to pay the filing fee of $402.00 within twenty (20) days of the date of this order. Failure to pay the $402.00 filing fee will result in dismissal of this action.

**IT IS SO ORDERED** this 24th day of June 2021.

                                                                  /s/ *Barry A. Bryant*
                                                                  HON. BARRY A. BRYANT
                                                                  U. S. MAGISTRATE JUDGE