IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRIAN R. STAGGERS                                                                                          PLAINTIFF

v.                                                Case No. 4:21-cv-4041

TYSON FOODS                                                                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 21, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 9) be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion to Dismiss (ECF No. 9) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of January, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge